UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARY R. PETERSON HOBSON, )<br>)<br>        Plaintiff, )<br>)<br>   v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>        Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:16-CV-489-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 17]. Plaintiff's motion for judgment on the pleadings [D.E. 11] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 14] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on June 13, 2017, and Copies To:**
| | |
|---|---|
| Laurie Lynn Janus | (via CM/ECF electronic notification) |
| Wanda D. Mason | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE:<br>June 13, 2017 | PETER A. MOORE, JR., CLERK<br>(By) /s/ Nicole Briggeman<br>      Deputy Clerk |