IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-00489-D

| | |
|---|---|
| MARY PETERSON HOBSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

This action being submitted to the Court for entry of an Order for attorney's fees under the Equal Access to Justice Act, and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $5,285.93 for attorney fees for 27.85 hours of work, in full and final settlement of all claims due against the Social Security Administration, for attorney fees and $400.00 in costs costs arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d).

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of $ 5,285.93, sent to Plaintiff's Counsel's office address in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice.

SO ORDERED. This __15__ day of September 2017.

JAMES C. DEVER III
Chief United States District Judge

1