UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MARY R. PETERSON HOBSON, )
)
        Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
   v. )
) **CASE NO. 5:16-CV-489-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security pay to Plaintiff the sum of $5,285.93, sent to Plaintiff's Counsel's office address in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice.

**This Judgment Filed and Entered on September 15, 2017, and Copies To:**
Laurie Lynn Janus                                     (via CM/ECF electronic notification)
Wanda D. Mason                                      (via CM/ECF electronic notification)

DATE:                                        PETER A. MOORE, JR., CLERK
September 15, 2017                    (By) /s/ Nicole Briggeman
                                                Deputy Clerk